NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MATTEO A. ORFANEL,**

*Claimant-Appellant*

v.

**DOUGLAS A. COLLINS, Secretary of Veterans Affairs,**

*Respondent-Appellee*

---

2025-1904

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 23-7455, Judge Amanda L. Meredith.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                                    ORFANEL V. COLLINS

(2)  Each side shall bear their own costs.


                                              FOR THE COURT

August 26, 2025                               Jarrett B. Perlow
      Date                                    Clerk of Court


**ISSUED AS A MANDATE:** August 26, 2025